# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

CARRIE BELL. individually, LOU GILLIAM, individually,
ELIZABETH JOHNSON. individually, RANDY KESSELL, individually,
BERNELL MADDOX, individually, MARY THOMPSON. individually,
FRANCES WIGGINS. individually, CHESTER WILLIAMS, individually,

SUMMONS IN A CIVIL CASE

CASE NUMBER:

V.

Pfizer, Inc., Pharmacia Corp., and G.D. Searle &
Co.

CV 08     3184

CRB

TO: (Name and address of defendant)

Pfizer, Inc., Pharmacia Corp., and G.D. Searle & Co.
c/o CT Service Corporation
111 Eighth Avenue
New York, NY 10011

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter L. Kaufman
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.
316 South Baylen Street, Suite 400
Pensacola, FL 32502

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

JUL - 2 2008

DATE

**ANNA SPRINKLES**

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| Name of SERVER | | TITLE | |
|---|---|---|---|

*Check one box below to indicate appropriate method of service*

☐     Served Personally upon the Defendant. Place where served:

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐     Returned unexecuted:

☐     Other *(specify):*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____

*Date*                       *Signature of Server*

                                      *Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure